**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 1862 Disciplinary Docket No. 3 |
| | : | |
| JOSEPH A. GEMBALA, III | : | No. 21 DB 2012 |
| | : | |
| PETITION FOR REINSTATEMENT | : | Attorney Registration No. 44063 |
| | : | |
| | : | (Philadelphia) |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of June, 2022, the Petition for Reinstatement is **GRANTED**. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).